| | |
|---|---|
| 1 | DANIEL J. BRODERICK, Bar #89424 |
| | Federal Defender |
| 2 | CHARLES J. LEE, Bar #221057 |
| | Assistant Federal Defender |
| 3 | Designated Counsel for Service |
| | 2300 Tulare Street, Suite 330 |
| 4 | Fresno, California 93721-2226 |
| | Telephone: (559) 487-5561 |
| 5 | |
| | Attorney for Defendant |
| 6 | JACOB MOYA |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 1:07-cr-0302 AWI |
| | ) | |
| *Plaintiff,* | ) | STIPULATION AND ORDER TO CONTINUE |
| | ) | SENTENCING HEARING |
| v. | ) | |
| | ) | DATE: November 21, 2011 |
| JACOB MOYA, | ) | TIME: 9:00 A.M. |
| | ) | JUDGE: Hon. Anthony W. Ishii |
| *Defendant.* | ) | |
| | ) | |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel that the sentencing hearing in the above-captioned matter now set for November 7, 2011, **may be continued to November 21, 2011 at 9:00 A.M. to continue to trail case 1:11-cr-0082 AWI.**

This continuance is at the request of counsel for defendant to allow time for proper preparation of the sentencing hearing. Defense is currently collecting letters from family and friends on behalf of Mr. Moya and needs some additional time to properly present these items. As this hearing is a sentencing hearing on a supervised release violation, no exclusion of time is necessary.

///

///

///

///

///

Moya - Stipulation and Proposed Order

|  |  |  |
|---|---|---|
|  |  | BENJAMIN B. WAGNER<br>United States Attorney |
| DATED: November 2, 2011 |  | By: /s/ Yasin Mohammad<br>YASIN MOHAMMAD<br>Assistant United States Attorney<br>Attorney for Plaintiff |
|  |  | DANIEL J. BRODERICK<br>Federal Defender |
| DATED: November 2, 2011 |  | By: /s/ Charles J. Lee<br>CHARLES J. LEE<br>Assistant Federal Defender<br>Attorney for Defendant<br>JACOB MOYA |

**O R D E R**

IT IS SO ORDERED.

Dated: November 3, 2011

_____
CHIEF UNITED STATES DISTRICT JUDGE