Prob12B

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

PETITION TO MODIFY THE CONDITIONS OR TERM OF SUPERVISION
WITH CONSENT OF THE OFFENDER
*(Probation Form 49, Waiver of Hearing, is on file)*

| | |
|---|---|
| **Offender Name:** | **OWEN ROWLETT** |
| **Docket Number:** | 1:07CR00302-001 AWI |
| **Offender Address:** | Fresno, California |
| **Judicial Officer:** | Senior Anthony W. Ishii<br>Senior United States District Judge<br>Fresno, California |
| **Original Sentence Date:** | 10/27/2008 |
| **Original Offense:** | <u>Counts 1, 5, 7 and 9:</u> 18 USC 922(g)(1) - Felon in Possession of Firearm (CLASS C FELONIES) |
| **Original Sentence:** | 74 months Bureau of Prisons; 36 months supervised release; $400 special assessment; and mandatory drug testing. |
| **Special Conditions:** | 1) Search; 2) Drug/alcohol treatment; 3) Drug/alcohol testing; 4) No alcohol; and 5) Aftercare co-payment. |
| **Type of Supervision:** | Supervised release |
| **Supervision Commenced:** | 05/13/2013 |
| **Assistant U.S. Attorney:** | Kimberly A. Sanchez  **Telephone:** (559) 497-4000 |
| **Defense Attorney:** | Salvatore Sciandra  **Telephone:** (559) 233-1000 |
| **Other Court Action:** | |
| <u>**08/09/2013:**</u> | Probation Form 12B, Petition to Modify the Conditions or Term of Supervision With Consent of the Offender, alleging illicit drug use and failure to submit to drug testing. The Court modified conditions to include placement at Turning Point Residential Reentry Center (RRC) for a period of 120 days. |

# PETITIONING THE COURT

**To modify the conditions of supervision as follows:**

1. The defendant shall engage in inpatient treatment at WestCare for up to six months, as directed by the probation officer. The offender shall not discharge from the program without the permission of the probation officer or program director.

2. The defendant shall reside and participate in Turning Point Residential Reentry Center, for a period of up to 120 days; said placement shall commence at the direction of the United States Probation Officer, pursuant to 18 USC 3563(b) (11).

# NON-COMPLIANCE SUMMARY

**ILLICIT DRUG USE**

On August 13, 2013, the offender submitted a urine specimen which returned positive for methamphetamine, amphetamine and marijuana. Additionally, he submitted urine specimens on August 16, 2013, August 24, 2013, September 1, 2013, and November 16, 2013, which were returned positive for marijuana; all in violation of the general condition ordering him to refrain from any unlawful use of a controlled substance.

**USE OF ALCOHOL**

On September 8, 2013, the offender submitted a urine specimen which was returned positive for the use of alcohol; in violation of the special condition ordering him to refrain form the use of alcohol.

**Justification:** The offender has continued to struggle to comply with his conditions of supervision. While in the Residential Reentry Center (RRC), he tested positive for the use of marijuana, and it was felt these positive tests were residual traces of prior drug use. Further, the

positive test for methamphetamine was from use prior to his placement in the RRC. However, while in the RRC he has used alcohol and marijuana this past month. He has struggled to find suitable employment and living arrangements. Further complicating his adjustment in the community is that he has no support system available to him and only seems to have negative peers with whom he associates.

Although there are mandatory revocation issues involving his continued drug use, pursuant to USSG 7B1.4 application note 6, an exemption is appropriate given extenuating treatment issues. Of consideration is the fact that some of these positive tests are thought to be residual trace amounts of marijuana in his system. Also of concern is that the offender has yet to participate in meaningful treatment . Further, the underlying need in this case appears to be his need for ongoing treatment. Given these circumstances, it is recommended he be allowed to complete inpatient treatment and then transition to the RRC.

The offender has expressed a desire to relocate to Georgia, where he has family. He was informed that after successfully completing inpatient treatment he would transfer to the RRC, and if he could maintain his sobriety, we would explore a transfer to Georgia. Given his issues adjusting in this community, a transfer to an area where he has a positive system could be beneficial to his ongoing sobriety. He has been admonished for this behavior and has been advised he will face revocation proceedings should he violate supervision conditions in the future.

Respectfully submitted,

/s/ Tim D. Mechem

**TIM D. MECHEM**
**Senior United States Probation Officer**
Telephone: (559) 499-5731

**DATED:**    December 3, 2013
Fresno, California

**REVIEWED BY:**    /s/ Hubert J. Alvarez
**HUBERT J. ALVAREZ**
**Supervising United States Probation Officer**

**THE COURT ORDERS:**

( X )   Modification approved as recommended.

(  )    Modification not approved at this time.  Probation Officer to contact Court.

(  )    Other:

IT IS SO ORDERED.

Dated:   December 4, 2013                            _____
                                                                             SENIOR DISTRICT JUDGE